IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-20405
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ESTEBAN RICARDO SANCHEZ-BARILLA, also known as
Esteban Ricardo Sanchez-Aguilar

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-99-CR-725-1
--------------------
February 15, 2001

Before SMITH, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:*

     Esteban Ricardo Sanchez-Barilla appeals his conviction and
46-month sentence following his plea of guilty to illegal reentry
into the United States after deportation, a violation of 8 U.S.C.
§ 1326.  Sanchez argues that the felony conviction that resulted
in his increased sentence under 8 U.S.C. § 1326(b)(2) was an
element of the offense that should have been charged in his
indictment.  He acknowledges that his argument is foreclosed by
Almendarez-Torres v. United States, 523 U.S. 224 (1998), but he

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

seeks to preserve the issue for Supreme Court review in light of
Apprendi v. New Jersey, 120 S. Ct. 2348 (2000).  Apprendi did not
overrule Almendarez-Torres.  See Apprendi, 120 S. Ct. at 2361-62
& n.15.  Sanchez's claim is foreclosed.  See Almendarez-Torres,
523 U.S. at 235.

AFFIRMED.